HONORABLE JUDGE MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARIN BRUNNER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HOLLAND AMERICA LINE INC.;<br>HOLLAND AMERICA LINE – USA, INC.;<br>HAL ANTILLEN N.V.; HOLLAND<br>AMERICA LINE  N.V.,<br><br>　　　　Defendants. | No. C11-2118 RSM<br><br><br><br>ORDER CONTINUING TRIAL DATE<br>AND PRE-TRIAL DEADLINES |

THIS MATTER came before this Court on the parties' Motion to Continue Trial Date and Pretrial Deadlines.  Based on the Motion, the Court finds good cause and orders a continuance of the trial date and pretrial dates as follows:

**TRIAL DATE**　　　　　　　　　　　　　　　　　　　　　　　　　　**September 2, 2013**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　At 9:00 AM

Reports from expert witnesses under FRCP 26(a)(2) due　　　　　　　　February 27, 2013

All motions related to discovery must be filed by and noted on the　　　　April 1, 2013
motion calendar no later than the third Friday thereafter (see CR 7(d))

ORDER CONTINUING TRIAL DATE AND　　　　　　　　　　　**WEBB LAW FIRM**
PRE-TRIAL DEADLINES Page 1 of 3　　　　　　　　　　　　225 106TH AVENUE NORTH EAST
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BELLEVUE, WASHINGTON 98004
　No.  C11-2118 RSM　　　　　　　　　　　　　　　　　　　TELEPHONE:  425-454-3800

| | |
|---|---:|
| Discovery completed by | April 29, 2013 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | June 28, 2013 |
| Mediation per CR 39.1(c) (3) held no later than | July 12, 2013 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | July 29, 2013 |
| Agreed Pretrial Order Due | August 21, 2013 |
| Pretrial Conference | To be scheduled by the Court |
| Trial briefs, proposed voir dire jury questions, proposed jury instructions, and trial exhibits due | August 28, 2013 |
| Length of Jury Trial | 3 days |

All instructions set forth in the Court's initial Order Setting Trial Date and Related Dates dated February 9, 2012 shall remain in effect.

A copy of this Order shall be sent to all counsel of record via ECF.

DATED this 25 day of June 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL DATE AND
PRE-TRIAL DEADLINES Page 2 of 3

No. C11-2118 RSM

**WEBB LAW FIRM**
225 106ᵀᴴ AVENUE NORTH EAST
BELLEVUE, WASHINGTON 98004
TELEPHONE: 425-454-3800

Presented by:

DATED this 12th day of June, 2012.  DATED this 12th day of June, 2012.

**WEBB LAW FIRM**  **NIELSEN SHIELDS, PLLC**

*s/ M.J. Merrick*  *s/ Michael Merrick for Louis Shields per email authority*

_____  _____
Michael J. Merrick, WSBA # 41012  Louis A. Shields, WSBA # 25740
225 106th Avenue NE  600 Stewart Street, Suite 1703
Bellevue, WA 98004  Seattle, WA 98101
Telephone: (425) 454-3800  Telephone: 206-728-1300
Email: gordon@webblawfirm.net  Email: las@nielsenshields.com

ORDER CONTINUING TRIAL DATE AND
PRE-TRIAL DEADLINES Page 3 of 3

No. C11-2118 RSM

**WEBB LAW FIRM**
225 106TH AVENUE NORTH EAST
BELLEVUE, WASHINGTON 98004
TELEPHONE: 425-454-3800